NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1569
(Serial No. 09/893,808)

IN RE VICTOR A. SCHRECK, KAREN M. COPE,
and RICHARD ROUSE

<u>Michael A. Hawes</u>, Baker Botts L.L.P., of Houston, Texas, argued for appellants.

<u>Scott C. Weidenfeller</u>, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were <u>Raymond T. Chen</u>, Solicitor, and <u>William G. Jenks</u>, Associate Solicitor. Of counsel was <u>Nathan K. Kelley</u>, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1569
(Serial No. 09/893,808)

IN RE VICTOR A. SCHRECK, KAREN M. COPE,
and RICHARD ROUSE

# Judgment

ON APPEAL from the     United States Patent and Trademark Office
                       Board of Patent Appeals and Interferences

in CASE NO(S).         09/893,808.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, PLAGER, and GAJARSA, <u>Circuit Judges</u> )

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  April 12, 2010          /s/ Jan Horbaly
                               Jan Horbaly, Clerk